# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEFFREY SCUDDER.
    Plaintiff,

    v.                                                        Civil Action No. 12-807 (RBW)

CENTRAL INTELLIGENCE AGENCY,
    Defendant

## PARTIES' JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order of April 4, 2013, that the parties file a joint proposed briefing schedule, the parties have conferred on this matter and submit the following report and proposed schedule.

## Background

The instant complaint concerns three Freedom of Information Act ("FOIA") requests submitted in 2010 by Jeffrey Scudder ("Scudder") to the Central Intelligence Agency ("CIA"). The requests sought (1) "Electronic copies of 133 [listed] Studies of Intelligence (SII) articles"; (2) "Electronic copies of 282 [listed] Studies of Intelligence articles and (3) "Electronic copies of [listed] Studies in Intelligence articles."

Scudder's requests stated that he was amenable to paying fees for each request but to "notify him before processing if the amount exceeds $200." He also specifically requested that the documents be produced on CD or DVD. The CIA has advised that due to the manner in which it maintains the requested documents that it cannot simply copy them onto a CD or DVD, and that the documents are not readily reproducible by the Agency in that form or format. The CIA has offered to process the request and release any non-exempt records in paper format. Based on a preliminary tally, the CIA has estimated the number of pages of documents to be

approximately 17,000. It has not to date ascertained the extent of documents as to which it may assert exemptions to withhold in full or in part.

Scudder, a CIA employee, has alleged that he has personal knowledge that the CIA is misleading the Court and has the capability to produce the requested records in electronic format, his requested method and which the Agency is required to statutorily comply unless the documents are not readily reproducible by the Agency in that form or format. Additionally, he also intends to seek a full fee waiver of all reproduction costs.

## Proposed Briefing Schedule

As both parties believe that these preliminary issues need to be addressed prior to any substantive challenge of any FOIA exemptions, the parties suggest the following briefing schedule:

> April 30, 2013 – by no later than this date Scudder will make a formal fee waiver request to the CIA[1]
>
> May 10, 2013 – by no later than this date Scudder will file a Motion to Compel Production of Electronic Records[2]
>
> May 30, 2013 – by no later than this date the CIA will respond to the Scudder's fee waiver request.
>
> June 10, 2013 – by no later than this date the CIA will file any Opposition to Scudder's Motion to Compel

---

[1] The CIA anticipates that the fee will be approximately $1,700 and is willing to begin processing of Scudder's request if he makes an advance deposit in that full amount. 32 CFR § 1900.13. If the fee turns out to be less, or if Scudder is granted a fee waiver, the appropriate amount will be reimbursed. Scudder has declined to provide full payment and has requested the Agency exercise its discretion to waive the deposit requirement.

[2] Both Scudder and his counsel are required by virtue of having executed secrecy/non-disclosure agreements pertaining to matters related to these requests to first submit any filings to the CIA for prepublication review in order to ensure no classified information is contained therein.

June 21, 2013 – by no later than this date Scudder will file a Motion to challenge any unfavorable fee waiver decision

June 24, 2013 – by no later than this date Scudder will file any Reply to the CIA's Opposition to Scudder's Motion to Compel

July 22, 2013 – by no later than this date CIA will file any Opposition to Scudder's Motion to challenge any unfavorable fee waiver decision

August 5, 2013 – by no later than this date the Scudder will file any Reply to the CIA's Opposition to Scudder's Motion to challenge any unfavorable fee waiver decision.

### **Further Proceedings**

The parties request that within 10 days after the Court's ruling on these preliminary issues, the parties will file a joint status report and plan for further proceedings.[3]

Date: April 10, 2013

                              Respectfully submitted,

| /s/ | |
|---|---|
| Mark S. Zaid, Esq. | RONALD C. MACHEN, Jr., |
| DC Bar #440532 | D.C. Bar #447889 |
| Mark S. Zaid, P.C. | United States Attorney |
| 1250 Connecticut Avenue, N.W., | |
| Suite 200 | DANIEL F. VAN HORN |
| Washington, DC 20036 | D.C. Bar #924092 |
| (202) 454-2809 | Civil Chief |
| (202) 330-5610 fax | |
| Mark@MarkZaid.com | By:    /s/ |
| | RHONDA C. FIELDS |
| | Assistant U.S. Attorney |
| Attorney for Plaintiff | Civil Division |
| | 555 Fourth Street, N.W. |
| | Washington, DC 20530 |
| | Telephone: (202) 514-6970 |

---

[3] Scudder respectfully notes that on February 7, 2013, prior to the CIA's entry into the case, he filed a Notice of Related Case in that his matter is substantially related to National Security Counselors v. CIA, Civil Action No. 11-443 (D.D.C.)(BAH). The record does not reflect that any action was taken on the notification. Defendant's counsel is currently unfamiliar with said matter and at this time cannot opine as to whether or not the matters are actually related.

Fax: (202) 616-8780
E-mail: Rhonda.fields@usdoj.gov

Attorney for Defendant